JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| SEAN MICHAEL BRADLEY, | ) | No. CV 11-03137-CJC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: April 20, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE